UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-00156-KDB
(5:18-cr-00018-KDB-DSC-1)

| | |
|---|---|
| **GREGORY NELSON GRUBB, JR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255, [Doc. 1], the Government's Responses, [Docs. 3, 5], and the Affidavit of W. Kelly Johnson, [Doc. 5-1].

After review of the pleadings, the Court has determined that an evidentiary hearing is necessary to resolve Petitioner's claim that his attorney provided ineffective assistance of counsel when he failed to file an appeal as directed by Petitioner. [See Doc. 1 at 4].

Rule 8(c) of the Rules Governing Section 2255 Proceedings requires the appointment of counsel for such a hearing if the petitioner qualifies under 18 U.S.C. § 3006A. Petitioner previously qualified for appointed counsel in the underlying criminal case [Criminal Case No. 5:18-cr-00018-KDB, 3/26/2018 Docket Entry], and the Court is not aware of any change in Petitioner's financial status. The Court, therefore, finds that Petitioner qualifies for appointed counsel in this matter.

**IT IS, THEREFORE, ORDERED** that:

(1) An evidentiary hearing regarding Petitioner's claim that his attorney provided ineffective assistance when he failed to file an appeal as directed is scheduled for Thursday, July 29, 2021 at 9:30 a.m. in Courtroom #4B in the United States Courthouse in Charlotte, North Carolina.

(2) The U.S. Marshal have Petitioner Gregory Nelson Grubb, Jr. (Reg. No. 34163-058) present in Charlotte, North Carolina forthwith, but not later than July 29, 2021 at 9:30 a.m. for the hearing.

(3) The Federal Public Defender shall designate counsel promptly to represent Petitioner on the limited issue identified for the evidentiary hearing.

The Clerk is directed to certify copies of this Order to Petitioner, the Federal Public Defender, the United States Attorney, and the United States Marshal Service.

Signed: June 17, 2021

Kenneth D. Bell
United States District Judge