# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

**GREGORY NELSON GRUBB, JR.**

v.  **CASE NUMBER: 5:20-CV-00156**
    **5:18-CR-00018-1**

**UNITED STATES OF AMERICA**

THIS MATTER is before the Court sua sponte:

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Defendant, Gregory Nelson Grubb, Jr. (USM# 34163-058), for a hearing before the Honorable Kenneth D. Bell, in the Western District of North Carolina, Charlotte on or before July 28, 2021 for a hearing on July 29, 2021 at 9:30AM, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, the Federal Public Defender and the United States Marshal Service.

IT IS SO ORDERED.

Signed: June 17, 2021

Kenneth D. Bell
United States District Judge