# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **GREGORY NELSON GRUBB JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:20-cv-00156-KDB |
| | ) | 5:18-cr-00018-KDB-DSC |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2021 Order.

October 7, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court